UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Angela Maris,                        :
                                     :   19cv6050 (LAP)
                    Plaintiff(s),    :
                                     :   ORDER
        -against-                    :
Central Park Boathouse               :
LLC., et al,                         :
                    Defendant(s).    :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: August 16, 2022
New York, New York